IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BRADLEY GILKEY**                                                                                                      **PLAINTIFF**

**V.**                             **NO. 4-08-CV-01973 GTE**

**WINFORD PHILLIPS, Individually and in his
Official Capacity as Director of the Arkansas
State Police; ARKANSAS STATE POLICE, as
the employer of Plaintiff; and the ARKANSAS
STATE POLICE COMMISSION,
a Public Body Corporate**                                                   **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Court's Order filed in this matter this date granting summary judgment in favor of Defendants, IT IS HEREBY CONSIDERED, ORDERED, AND ADJUDGED that all claims asserted by Plaintiff Bradley Gilkey in his Complaint in this matter be, and they are hereby, DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this __17th__ day of February, 2010.

                                                                           /s/Garnett Thomas Eisele
                                                                           UNITED STATES DISTRICT JUDGE